UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00962-RBD-DCI

HOWARD COHAN,

    Plaintiff,

vs.

YOGIRAJ NINE LLC,
d/b/a DAIRY QUEEN OF APOPKA,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, YOGIRAJ NINE LLC, d/b/a DAIRY QUEEN OF APOPKA ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                                                BY:   /s/ *Jason S. Weiss*
                                                              Jason S. Weiss
                                                              Jason@jswlawyer.com
                                                              Florida Bar No. 356890
                                                              **WEISS LAW GROUP, P.A.**
                                                              5531 N. University Drive, Suite 103
                                                              Coral Springs, FL 33067
                                                              Tel: (954) 573-2800
                                                              Fax: (954) 573-2798
                                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy of same to Defendant via email.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss