UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

      Plaintiff,

v.                                                  Case No:  6:22-cv-962-RBD-DCI

YOGIRAJ NINE LLC

      Defendant.

_____

## ORDER OF DISMISSAL

      Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 8) filed June 29, 2022.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice.  The Clerk is directed to terminate all pending motions and close the file.

      **DONE AND ORDERED** in Chambers in Orlando, Florida, on June 30, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record